UST-32, 3-03

DAVID A. BIRDSELL
Bankruptcy Trustee
216 N. CENTER STREET
MESA, AZ. 85201
(480) 644-1080

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RRM2, LLC | ) | CASE NO. 12-17469-MCW |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance. Returned by USPS as "undeliverable".

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1016 | 3/20/18 | CHUCK COTTRELL<br>103RD PLACE<br>SCOTTSDALE AZ  85260 | $5,545.88 |

*April 12, 2018*
DATE

*/s/ David A. Birdsell*
David A. Birdsell, Trustee