| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | RRM2, LLC | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of Arizona | | | |
| Case number: | 2:12-bk-17469 | | |

FILED

APR 1 9 2022

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 5,545.88 |
|---|---|
| Claimant's Name: | CHARLES ESTRADA COTTRELL |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | AV SIND DE HACIENDA 604<br>FRACC FOVISTE 4TA ETAPA<br>MEXICALI BC C.P. 21240 MEXICO |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 04/11/2022 | Date: _____ |
| _[signature]_ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| CHARLES ESTRADA COTTRELL Printed Name of Applicant | _____ Printed Name of Co-Applicant (if applicable) |
| Address: AV SIND DE HACIENDA 604 FRACC FOVISTE 4TA ETAPA MEXICALI BC C.P. 21240 MEXICO | Address: |
| Telephone: 686-1076011 | Telephone: |
| Email: YAPODEMOS2015@GMAIL.COM | Email: |

## 6. Notarization

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

This Application for Unclaimed Funds, dated 04/11/2022 was subscribed and sworn to before me this 12 day of APRIL, 20 22 by

CHARLES ESTRADA COTTRELL

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _Norma Vazquez_

My commission expires: May 27, 2023

**NORMA VAZQUEZ**
Commission # 2290399
Notary Public - California
San Diego County
My comm. Expires May 27, 2023

## 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: